UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-370-1M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| SANDER DARIOUS | ) | |
| | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Honorable Court to dismiss the Indictment in this case for the following reasons:

1. On November 22, 2024, the defendant was placed on the Pretrial Diversion Program for a period of 12 months. [D.E. 26 and 27]. The defendant has completed compliance with the conditions of his Pretrial Diversion Agreement. There is no evidence of any further criminal conduct.

*(Remainder of page intentionally left blank.)*



Case 5:20-cr-00370-M Document 30 Filed 11/21/25 Page 1 of 3

Therefore, in the interest of justice, the government respectfully requests that the instant Indictment and corresponding arrest warrants be dismissed.

Respectfully submitted this, the 21st day of November, 2025.

W. ELLIS BOYLE
United States Attorney

BY: /s/ Bradford M. DeVoe
BRADFORD M. DEVOE
Assistant United States Attorney
150 Fayetteville Street, Suite 1500
Raleigh, North Carolina 27601
Telephone: (919) 856-4028
Bradford.devoe@usdoj.gov
N.C. Bar No. 32651

CERTIFICATE OF SERVICE

This is to certify that I have this 21st day of November 2025, served a copy of the foregoing upon the defendant's attorney in this action by electronic filing system addressed as follows:

James E. Todd, Jr.
Defense Counsel

W. ELLIS BOYLE
United States Attorney

BY: /s/ Bradford M. DeVoe
BRADFORD M. DEVOE
Assistant United States Attorney
150 Fayetteville Street, Suite 1500
Raleigh, North Carolina 27601